AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| TOMMY LEE PIERSON, and SHEILA STEM PIERSON <br><br> *Plaintiff(s)* <br><br> v. <br><br> FIRST NATIONAL BANK OF GIDDINGS, and SHAWN L. HANCOCK dba H&H RECOVERY SERVICES <br><br> *Defendant(s)* | Civil Action No. 1:16-cv-1070 SS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  First National Bank of Giddings, 108 E. Austin St., Giddings, TX  78942.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alexander Trueblood, Trueblood Law Firm, 700 Lavaca Street, Suite 1400 Austin, TX 78701-3102; Tel: (512) 537-0388

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
*CLERK OF COURT*



Date:  09/15/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| TOMMY LEE PIERSON, and SHEILA STEM PIERSON | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 1:16-cv-1070 SS |
| FIRST NATIONAL BANK OF GIDDINGS, and SHAWN L. HANCOCK dba H&H RECOVERY SERVICES | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Shawn L. Hancock, 909 East Stone Street, Brenham, TX 77833.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alexander Trueblood, Trueblood Law Firm, 700 Lavaca Street, Suite 1400
Austin, TX 78701-3102; Tel: (512) 537-0388

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
*CLERK OF COURT*

Date:  09/15/2016



*Signature of Clerk or Deputy Clerk*