IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

TOMMY LEE PIERSON, and SHEILA STEM PIERSON,

vs.                                                                 Case No.: 1:16-CV-1070 SS

FIRST NATIONAL BANK OF GIDDINGS, and
SHAWN L. HANCOCK dba H&H RECOVERY
SERVICES

## NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rules of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party: FIRST NATIONAL BANK OF GIDDINGS

through counsel: ERNEST F. BOGART

hereby (select one):

☑ consents to having a United States Magistrate Judge preside over the trial in this case.

☐ declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

/s/ Ernest F. Bogart
Attorney for:
First National Bank of Giddings
Owen & Bogart
State Bar No. 02556500
P.O. Box 690
Elgin, Texas 78621
(512) 281-3326 - phone
(512) 281-5094 - fax
Email: ebogart@obrlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE** was delivered by certified mail, return receipt requested by depositing it in a pre-paid, properly addressed wrapper in a post office or official depository under the care and custody of the United States Postal Service, by telephonic transfer via facsimile, or by electronic mail to each of the attorneys or parties to this proceeding at the names, addresses, and fax numbers shown prior to 5:00 p.m. at the recipient's local time on this the 16th day of February, 2017.

Alexander B. Trueblood
TRUEBLOOD LAW FIRM
700 Lavaca Street, Suite 1400
Austin, Texas 78701-3102
Facsimile: (512) 582-8516
*Attorney for Plaintiffs/Counter-Defendants*

Shawn L. Hancock
dba H & H RECOVERY SERVICES
909 East Stone Street
Brenham, Texas 77833
Email: h_h_recovery @yahoo.com
*Defendant Pro se*

                                                     /s/ Ernest F. Bogart
                                                     Ernest F. Bogart