ALEXANDER B. TRUEBLOOD (TX Bar No. 24100609)
TRUEBLOOD LAW FIRM
700 Lavaca Street, Suite 1400
Austin, TX 78701-3102
Telephone: (512) 537-0388
Facsimile: (512) 582-8516
Email: alec@hush.com

Attorneys for Plaintiffs
TOMMY LEE PIERSON and SHEILA STEM PIERSON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| | |
|---|---|
| TOMMY LEE PIERSON, and SHEILA STEM PIERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST NATIONAL BANK OF GIDDINGS, and SHAWN L. HANCOCK dba H&H RECOVERY SERVICES,<br><br>Defendants. | Case No: 1:16-CV-1070 SS<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

The parties having so stipulated, the Court grants plaintiff leave to file a First Amended Complaint in the form attached to the parties' joint stipulation. Defendants shall answer or otherwise respond to the First Amended Complaint within 20 days of its service.

Dated: June 26th, 2017

_____
Judge, United States District Court